FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 18, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSE AARON HARVEY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA DEPARTMENT OF FEDERAL BUREAU OF INVESTIGATION,<br><br>    Defendant. | NO: 2:20-CV-25-RMP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND CLOSING FILE |

Magistrate Judge John T. Rodgers filed a Report and Recommendation on February 21, 2020, recommending that Plaintiff's complaint be dismissed without prejudice because Plaintiff has not paid the requisite filing fee or filed an amended application to proceed in forma pauperis, as was ordered on January 16, 2020. ECF No. 4. Objections were due on or before March 3, 2020. No objections have been filed.

/ / /

/ / /

ORDER ADOPTING REPORT AND RECOMMENDATION AND CLOSING FILE ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The Report and Recommendations, **ECF No. 4**, is **adopted**.

2. Plaintiff's Complaint is **dismissed without prejudice**.

3. Plaintiff shall provide notice of this dismissal to any Defendant that he has served with a copy of the Complaint and Summons in this matter.

4. All pending motions, if any, are **denied as moot**.

5. All scheduled court hearings, if any, are **stricken**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide a copy to Plaintiff, and **close the file**.

**DATED** March 18, 2020.

                                            *s/ Rosanna Malouf Peterson*
                                        ROSANNA MALOUF PETERSON
                                          United States District Judge